# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **James C. Mullins,** individually and on behalf of all other similarly situated, | Lead Case: 5:22CV885 |
| | Case No. 5:23-cv-01004 |
| Plaintiffs, | |
| v. | Honorable John R. Adams |
| **The J. M. Smucker Company**, | |
| Defendant. | |

## AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONSOLIDATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to for Consolidation Pursuant to Federal Rule of Civil Procedure 42.

For good cause shown, Defendant's Unopposed Motion to Consolidate Pursuant to Federal Rule of Civil Procedure 42 is **GRANTED**.  The matter shall be consolidated with *Ward v. The J. M. Smucker Company,* No. 5:22-cv-00885 (N.D. Ohio), for all further proceedings. Based upon the order of consolidation, case number 5:23CV1004 is hereby administratively CLOSED.  The clerk shall add the plaintiffs and their counsel from 5:23CV1004 to the docket in 5:22CV885 to facilitate future filings.

IT IS SO ORDERED, this 6th day of June, 2023

/s/ John R Adams
The Honorable Judge John R. Adams
United States District Judge